UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | )<br>)<br>) Index No.: 07-CIV-7740 (SCR) |
| Plaintiffs, | ) DEFAULT JUDGMENT |
| -against- | ) |
| ARCHITCRAFT INC., | ) |
| Defendant. | ) |

---

This action having been commenced on August 30, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Architcraft Inc. on September 11, 2007 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on September 17, 2007 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of Twenty Eight Thousand Seven Hundred Ninety Five Dollars and Sixty One Cents ($28,795.61), which includes the following: Benefit Fund Contributions due and owing in the sum of $6,177.51 for the period January 1, 2005 through September 30, 2006; liquidated damages calculated at 10% of the principal amount owed to the ERISA Benefit Funds in the sum of $617.78; interest at the rate 7% per annum through to May 23, 2007 in the sum of $727.27; Late Charges for the period July 1, 2006 through to January 7, 2007 in the amount of $16,793.05; attorneys' fees in the sum of $2,000.00; auditors' fees in the sum of $2,050.00; and court costs and disbursements of this action in the sum of $430.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiff's be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
~~October~~ 2007
November 20, 2007

So Ordered:

_____
Honorable Stephen C. Robinson, U.S.D.J.